IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

M.D., FATHER OF N.D., A CHILD,

      Appellant,

 v.

Case No.  5D22-1311
LT Case No. 2021-DP-060

DEPARTMENT OF CHILDREN AND FAMILIES,

      Appellee.
_____/

Decision filed December 8, 2022

Appeal from the Circuit Court
for Osceola County,
Daniel Dawson, Judge.

Keith Peterson, of Law Offices of Peterson,
P.A., Mulberry, for Appellant.

Kelley Schaeffer, of Children's Legal Services,
Bradenton, for Appellee, Department of
Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of
Appeals, and Desiree Erin Fernandez, Senior
Attorney, of Statewide Guardian ad Litem Office,
Tallahassee, for Guardian ad Litem.

PER CURIAM.

     AFFIRMED.

TRAVER, NARDELLA and WOZNIAK, JJ., concur.